

## Grace A. COVELL et al. v. WATERFORD IRRIGATION DISTRICT.

### No. 9559.

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1941.

W. Coburn Cook, of Turlock, Cal., for appellants.

Hankins & Hankins and P. J. Minasian, all of San Francisco, Cal., and A. L. Cowell, of Stockton, Cal., for appellee.

Before GARRECHT and HEALY, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

The motion of appellee in above cause for dismissal of the appeal herein based on stipulation of counsel for appellant and order of this court of October 15, 1940, that the appeal may be dismissed if petition for writ of certiorari be denied in the cause of West Coast Life Insur. Company v. Merced Irrigation District, 9 Cir., 114 F.2d 654, coming on regularly for hearing, and it appearing from the records in said Merced cause that petition for writ of certiorari was denied on January 6, 1941, Pacific Nat. Bank v. Merced Irr. Dist., 61 S. Ct. 441, 85 L.Ed. ——, and petition for rehearing denied on Feb. 10, 1941, 61 S.Ct. 620, 85 L.Ed. ——, by the Supreme Court of the United States, ordered motion to dismiss appeal granted, that the appeal be dismissed, that a decree be filed and entered in the minutes of this court accordingly, and mandate of this court issue forthwith.

## Cecil F. DOUGHTY, Plaintiff-Appellant, v. Rose BECHER, Defendant-Appellee, and David Langer, Defendant.

### No. 208.

Circuit Court of Appeals, Second Circuit.

March 3, 1941.

Albert Bonynge, of New York City (John F. X. Finn, of New York City, of counsel), for appellant.

John J. Kirwan, of New York City (James J. McLoughlin and Robert F. White, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

## Stanley A. EASTON et al. v. GLENN–COLUSA IRR. DISTRICT.

### No. 9647.

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1941.

W. Coburn Cook of Turlock, Cal., for appellants.

Hankins & Hankins and P. J. Minasian, all of San Francisco, Cal., and A. L. Cowell, of Stockton, Cal., for appellee.

Before GARRECHT and HEALY, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

The motion of appellee in above cause for dismissal of the appeal herein based on stipulation of counsel for appellant and order of this court of October 15, 1940, that the appeal may be dismissed if petition for writ of certiorari be denied in the cause of West Coast Life Insur. Company v. Merced Irrigation District, 9 Cir., 114 F.2d 654, coming on regularly for hearing, and it appearing from the records in said Merced cause that petition for writ of certiorari was denied on January 6, 1941, Pacific Nat. Bank v. Merced Irr. Dist., 61 S.Ct. 441, 85 L.Ed. ——, and petition for rehearing denied on Feb. 10, 1941, 61 S.Ct. 620, 85 L.Ed. ——, by the Supreme Court of the United States, ordered motion to dismiss appeal granted, that the appeal be dismissed, that a decree be filed and entered in the minutes of this court accordingly, and mandate of this court issue forthwith.